UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 06-33849
ROBERT EUGENE RICHARDS | (Chapter 13)

Debtor | JUDGE LAWRENCE S. WALTER

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010632**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 4 | BANK OF AMERICA NA USA<br>ATTN MR M BK<br>BOX 53160<br>PHOENIX, AZ  85072 | 34.18 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/29/2010

Certificate of Service                06-33849

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| ROBERT EUGENE RICHARDS<br>75 TERRACE PARK BLVD<br>BROOKVILLE, OH  45309 | WAYNE P NOVICK<br>2135 MIAMISBURG-CENTERVILLE RD<br>CENTERVILLE, OH  45459 | (4.1)<br>BANK OF AMERICA NA USA<br>ATTN MR M BK<br>BOX 53160<br>PHOENIX, AZ  85072 |
| (31.1n)<br>EDWARD YIM<br>DYER, GAROFALO, MANN & SCHULTZ<br>131 N. LUDLOW STREET<br>SUITE 1400<br>DAYTON, OH  45402 | (32.1n)<br>ELIZABETH M CHINAULT<br>90 PADDOCK TRAIL<br>SPRINGBORO, OH  45066 | (26.1n)<br>LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>BOX 10587<br>GREENVILLE, SC  29603 |

(22.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner               sv